IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ANASTASIA WULLSCHLEGER and GERALDINE BREWER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL CANIN USA, INC. and NESTLE PURINA PETCARE COMPANY,<br><br>Defendants. | Case No. 19-00235-CV-W-GAF |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED that Plaintiffs have not pled with particularity the causal connection element of a MMPA deceptive practice claim. Nor have Plaintiffs plausibly alleged a civil conspiracy claim. Accordingly, Defendants' Motion to Dismiss is GRANTED.

Dated: March 22, 2022          PAIGE WYMORE-WYNN
                                           Clerk of Court

Entered: March 22, 2022         /s/ Lisa Mitchell
                                           (By) Deputy Clerk