# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ANASTASIA WULLSCHLEGER and GERALDINE BREWER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL CANIN USA, INC. and NESTLE PURINA PETCARE COMPANY,<br><br>Defendants. | Case No. 19-00235-CV-W-GAF |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Eighth Circuit's opinion and judgment dated July 31, 2023, and in receipt of the formal mandate issued October 11, 2023, it is ORDERED that the above-captioned case is REMANDED to the Circuit Court of Jackson County, Missouri for all further proceedings.

Dated: October 17, 2023                         PAIGE WYMORE-WYNN
                                                Clerk of Court

Entered: October 17, 2023                       /s/ Lisa Mitchell
                                                (By) Deputy Clerk